AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| KEHINDE HALL ) | Case No. |
| ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  12/19/2013  in the county of  Washington  in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) and 841(b)(1)(C); and 18 U.S.C. 924(c)(1) | unlawfully, knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance; and did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, a firearm, that is, a Smith and Wesson 9mm caliber pistol for which he may be prosecuted in a court of the United States. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

ANTHONY TOLOMEO, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/20/2013

*Judge's signature*

City and state: Washington, DC    JOHN M. FACCIOLA, Magistrate Judge
*Printed name and title*